UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
DONNA HEDGES, *on behalf of herself and all others*                     :
*similarly situated*,                                                   :
                                                                        :
       Plaintiff,                    :  25-CV-3746 (JMF)
                                                                        :
 -v-                                                               :  <u>ORDER</u>
                                                                        :
BLACKBOX MANAGEMENT GROUP, LLC,                                         :
                                                                        :
       Defendant.                    :
                                                                        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

  Plaintiff alleges that Defendant's website is not accessible to blind and visually impaired customers and, thus, violates Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*. In the Court's experience, cases involving such claims almost always settle, often even before the initial pretrial conference. To that end, by separate Order to be entered today, **the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement. To be clear, the referral does *not* encompass any dispositive motions, which will be handled by the undersigned in the normal course.**

  SO ORDERED.

Dated: May 7, 2025
   New York, New York
                  _____
                    JESSE M. FURMAN
                  United States District Judge