**GOTTLIEB & ASSOCIATES PLLC**
ATTORNEYS

150 E. 18 St., Suite PHR, New York, NY 10003
212 228-9795    www.gottlieblaw.net

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/18/2025

July 18, 2025

**VIA ECF**
The Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

**APPLICATION GRANTED:** The Initial Conference set for 7/31/2025 at 10:00 AM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to <u>Thursday, September 25, 2025 at 11:00 a.m.</u>

APPLICATION GRANTED

Hon. Katharine H. Parker, U.S.M.J.

07/18/2025

Re:    *Hedges v. Blackbox Management Group, LLC*
       Case No.: 1:25-cv-3746

Dear Judge Parker,

The undersigned represents Donna Hedges, on behalf of herself and all other persons similarly situated ("Plaintiff") in the above referenced matter against Defendant, Blackbox Management Group, LLC, ("Defendant"). <u>The undersigned respectfully requests that the Initial Conference scheduled for July 31, 2025, at 10:00 AM (Dkt. 8) be adjourned for 60 days because counsel for the Defendant has not yet answered or appeared in this action. This request will grant ample time for the Defendant to appear and discuss a possible resolution with Plaintiff's Counsel. This is the Plaintiff's first request for an extension.</u>

Respectfully submitted,

GOTTLIEB & ASSOCIATES PLLC

*/s/Michael A. LaBollita, Esq.*
Michael A. LaBollita, Esq.