USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: ___09/17/2025___

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
DONNA HEDGES,

                    Plaintiff,

          -against-

BLACKBOX MANAGEMENT GROUP, LLC.,

                   Defendant.
-----------------------------------------------------------------X

**25-CV-3746 (JMF) (KHP)**

**ORDER ADJOURNING INITIAL**
**CASE MANAGEMENT**
**CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the Notice of Settlement filed on September 16, 2025 (doc. no 12) the Initial

Case Management Conference currently scheduled for **September 25, 2025** is hereby

adjourned *sine die*.

      **SO ORDERED.**

DATED:     New York, New York
           September 17, 2025

_____
KATHARINE H. PARKER
United States Magistrate Judge